
# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**RICHARD PERCEFULL**                                           PLAINTIFF

v.                          5:12-cv-171-DPM

**VERNON ROBERTSON**, Major, Cummins Unit
ADC; **MIKE BEEBE**, Governor of Arkansas; **RAY
HOBBS**, Director, ADC; **GAYLON LAY**, Warden,
Cummins Unit, ADC; **MARK WARNER**, Deputy
Warden, Cummins Unit, ADC; **DONALD TATE**,
Captain, Cummins Unit, ADC; **MARIE AUSTIN**,
Infirmary Manager, Cummins Unit, ADC;
**WARREN**, Dr., Cummins Unit, ADC; **APRIL
SIDES**, Treatment Coordinator, Cummins Unit,
ADC; **THOMPSON**, Sergeant, Cummins Unit, ADC;
**HOLCOMB**, Sergeant, Cummins Unit, ADC; and
**PUCKET**, CO-II, Cummins Unit, ADC                  DEFENDANTS

## JUDGMENT

Percefull's substituted complaint, № 7, is dismissed with prejudice. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United State District Judge

11 June 2013