IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICHARD PERCEFULL                               PLAINTIFF

v.                      5:12-cv-171-DPM

VERNON ROBERTSON, Major, Cummins Unit
ADC; MIKE BEEBE, Governor of Arkansas; RAY
HOBBS, Director, ADC; GAYLON LAY, Warden,
Cummins Unit, ADC; MARK WARNER, Deputy
Warden, Cummins Unit, ADC; DONALD TATE,
Captain, Cummins Unit, ADC; MARIE AUSTIN,
Infirmary Manager, Cummins Unit, ADC;
WARREN, Dr., Cummins Unit, ADC; APRIL
SIDES, Treatment Coordinator, Cummins Unit,
ADC; THOMPSON, Sergeant, Cummins Unit, ADC;
HOLCOMB, Sergeant, Cummins Unit, ADC; and
PUCKET, CO-II, Cummins Unit, ADC               DEFENDANTS

## JUDGMENT

Percefull's substituted complaint, № 7, is dismissed with prejudice. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United State District Judge

11 June 2013