IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICHARD PERCEFULL                                              PLAINTIFF

v.                          5:12-cv-171-DPM

VERNON ROBERTSON, Major, Cummins
Unit, ADC, and DONALD TATE, Captain,
Cummins Unit, ADC                                    DEFENDANTS

ORDER

For the reasons previously stated, № 16 & 48, Percefull's motion for reconsideration, № 50, is denied. The motion to proceed *in forma pauperis*, № 51, is denied as moot.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United State District Judge

1 July 2013